# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tivon Humphries,<br><br>            Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>            Defendant. | **NO. CV-23-01104-PHX-JJT (MTM)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed December 1, 2023, the decision of the Commissioner of Social Security and this case is remanded to the Social Security Administration for further proceedings consistent with the Order.

                                                        Debra D. Lucas
                                                        District Court Executive/Clerk of Court

December 1, 2023

                                                        s/ K. James
                                              By        Deputy Clerk